**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

-vs-                                                  Case No.  6:13-cv-549-Orl-19TBS

**MICHAEL J. FOX,**

          **Defendant.**

_____

## SHOW CAUSE ORDER

This case comes before the Court on periodic review.  On June 27, 2013, the Court entered an Order granting Plaintiff's Motion for Summary Judgment and ordering Plaintiff to submit a proposed Final Judgment within ten days of June 27, 2013. (Doc. No. 14.)  More than ten days have passed since June 27, 2013, and Plaintiff has not complied with the Court's Order to submit a proposed Final Judgment.  Accordingly, it is hereby **ORDERED** and **ADJUDGED** that within ten days from the date of this Order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute.  Failure to comply with this Order may result in dismissal of this case without further notice.

      **DONE** and **ORDERED** in Chambers in Orlando, Florida on July _25__, 2013.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record

Michael J. Fox