Michael J Fox
7230 Milton Ave
Cocoa, Fl, 32927
August 26, 2013

FILED

2013 AUG 30 PM 12: 41

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Clerk of District Court
401 West Central Boulevard Suite 1200
Orlando, Fl, 32801-0120

To the Clerk of District Court

In response to civil action #6:13-CV549-orl-19TBS:

## MOTION FOR DISMISSAL

1. Plaintiff's attorney exhibit A provides no real proof of any outstanding debts, any record of loan origination, disbursements or repayment and lacks merit of proof (only a statement form 2001).

2. Defendant's request for any and all proof and documentation including records of payment has not been provided.

3. The defendant was homeless in portions of 2006-8 and all financial records were lost and cannot provide financial records.

4. Plaintiffs' Attorney states in documents numbered 16 filed 7/29/2013 (documents received by the defendant on August 17th) that defendant received exhibit B.

5. Exhibit B is only a promissory note and states repayment is income contingent.

6. The Plaintiff (AKA as the Government) currently provides income, housing and health assistance (even free phones) to anyone, citizen, alien or illegal or otherwise with low income (welfare). The defendant has experienced financial hardships (underemployed) and has been eligible for assistance since 2006 with a monthly average benefit of $780+ medical assistance. The Defendant has saved the Government (AKA Plaintiff) an estimated $65,000+ by not requesting or receiving benefits over the past 7 years.

7. A judgment against the defendant will devastate any future gainful employment opportunities and economic development (due to credit) and the defendant would be forced to seek government assistance (AKA plaintiff's assistance).

8. A judgment against the defendant would only benefit the plaintiff's attorney. As such the plaintiff's attorney is not interested in benefitting its client's (the

Page 2

government) financial interests and appears to be only interested in collecting legal and collection fees (see Exhibit C).

9. A judgment for the defendant will insure payments to the Plaintiff in the future(AKA government) in the form of taxes (income and other) and not burden the Plaintiff with an estimated $9,380.00+ per year for an unknown amount of time, possibly lifetime in welfare benefits.

10. **The Plaintiff (AKA government) has spent billions bailing out millionaires and large companies, some without repayment over the last decade in an effort to stimulate economic growth. The Emergency Economic Stabilization Act (TARP) 700 Billion dollar bailout was used to prevent economic collapse. Some of the repayment facts as of June 30th 2013 in Florida alone ** account for a 8.9 Billion dollar debt that is still owed by 142 banks and the treasury has written off 3.4 Billion dollars (AKA forgiven) while 25 institutions failed although they were able to pay generous severance packages to the executive officers before collapse.**

11. The defendant was unable to fully prepare and execute all records dating to before 1994 or 2001 any time since 2010. On May 19th the defendant's mother was admitted to Bryan Medical Center Intensive Care Unit. (see attachment) The defendant flew to Nebraska after his brother bought him a ticket. On approximately the 27th of May, Nina Fox woke out of coma. Due to these and other circumstances occurring during this time period the defendant was unable to fully address these issues.

12. The defendant wishes that this court does not make judgment against the defendant. The defendant wishes to support the government, not to burden it. Any judgment against the defendant will result in further financial hardships (economic collapse) and payments to the collection agency (AKA plaintiff's attorney) would be minimal, the agency would most likely charge additional fees for collection. Most of any possible repayment would be absorbed by the agency (plaintiff's attorney) and the Plaintiff would receive little if any principle.

13. The defendant requests that if the request for dismissal cannot be granted. Then a hearing is requested.

It is requested that any and all actions including requests and statements by this court to be sent to the above address.

** (South Florida Business Journal 7/24/2013)

Sincerely,

Michael J Fox