

Bryan Medical Center

May 25, 2013

Dear United Airlines,

This letter is to notify you that Nina F. Fox was admitted to Bryan Health on May 19th, 2013. She remains in the intensive care with an unknown dismissal date. If you have any questions, please call us at (402)481-3640.

Sincerely,

Leah Harrington, RN
MSICU

Bryan East Campus • 1600 S. 48th St. • Lincoln, NE 68506-1299 • 402-481-1111
Bryan West Campus • 2300 S. 16th St. • Lincoln, NE 68502-3704 • 402-481-1111
bryanhealth.org

 **Premier Access**  FQ8709  21F EXIT  **107**
UA 1452

**FOX/MICHAELJMR**
UFM92914, Premier Gold, Star Alliance Gold

**Orlando to Chicago-OHare**

| UA 1452 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **MCO-ORD** | **42** | **1:36** PM | **21F** | BOARDING GROUP **2** |
| Thursday, May 23, 2013 | Gate May Change | Departs: 2:11 PM <br> Arrives:  4:09 PM | Window <br> Economy Plus <br> EXIT ROW | |

Confirmation: FQ8709
Ticket: 01623673807265

A STAR ALLIANCE MEMBER 

Flights operated by United arrive and depart from Orlando (MCO) Term...

---

 **Premier Access**  FQ8709  12C EXIT  **88**
UA 6104

**FOX/MICHAELJMR**
UFM92914, Premier Gold, Star Alliance Gold

**Chicago-OHare to Lincoln**

| UA 6104 | GATE | BOARD TIME | SEAT | |
|---|---|---|---|---|
| **ORD-LNK** | Not Yet Assigned | **5:30** PM | **12C** | BOARDING GROUP **2** |
| Thursday, May 23, 2013 | | Departs: 5:55 PM <br> Arrives:  7:27 PM | Window <br> Economy Plus <br> EXIT ROW | |

Operated by ExpressJet Airlines dba United Express

Confirmation: FQ8709
Ticket: 01623673807265

A STAR ALLIANCE MEMBER 

Flights operat...