# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                                    **Case No:  6:13-cv-549-Orl-31TBS**

**MICHAEL J. FOX,**

      **Defendant.**

## ORDER

This matter is before the Court to consider Plaintiff's Corrected Proposed Final Summary Judgment (Doc. 22). Having reviewed same and being otherwise duly advised in the premises, it is

**ORDERED and ADJUDGED** that:

The Clerk shall enter Final Judgment for Plaintiff, United States of America and against Defendant, Michael J. Fox in the amount of $54,678.56 ($28,286.62 in principal and $26,391.94 in interest at the rate of 8.250% per annum, beginning February 22, 2002 for Account No. 2010A53243) plus costs and fees of $1,600.00 for a total of $56,278.56.

Said Judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. § 2001, et seq., 28 U.S.C. §§ 3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. Plaintiff's address is: United States' Attorney's Office, Becker and Poliakoff, P.A., 121 Alhambra Plaza, 10th Floor, Coral Gables, FL 33134. Defendant's address is: Michael J. Fox, 7230 Milton Ave., Cocoa, FL 32927.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 4, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party